UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------- x
:
PURE LOVE MUSIC, EMI APRIL MUSIC INC., : Civil Action No. 09-1980 (IJG) (MDG)
UH OH ENTERTAINMENT, INC., WUT' :
SHAWN-A-DO MUSIC, INC., NEUTRAL GREY :
MUSIC, NAUGHTY MUSIC, DIWALI MUSIC : **NOTICE OF MOTION TO ENFORCE**
and WB MUSIC CORP., : **SETTLEMENT AGREEMENT**
:
              Plaintiffs, :
:
  -against- :
:
JMC ENTERTAINMENT, INC. and MOHAN :
JAIKARAN, :
:
             Defendants. :
:
------------------------------- x

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Jeffrey M. Movit dated January 8, 2010, Plaintiffs Pure Love Music, EMI April Music Inc., Uh Oh Entertainment, Inc., Wut' Shaw-a-do Music, Inc., Neutral Grey Music, Naughty Music, Diwali Music, and WB Music Corp. ("Plaintiffs") move this Court to enforce the settlement agreement entered into by Plaintiffs, on one hand, and Defendant JMC Entertainment, Inc., Defendant Mohan Jaikaran (together, the "Defendants") and Maracas Club and Restaurant, LLC ("Maracas"), on the other hand, in the form of an Order entering judgment against Defendants and Maracas, jointly and severally, in the amount of $50,000.

2493829.1

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b) of the Local Rules for the Eastern District of New York, papers in opposition to this Motion are to be served within fourteen days of service of this Motion.

Dated:  New York, New York
        January 8, 2010

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Howard H. Weller (HW-2745)
Jeffrey M. Movit (JM-6725)
12 East 49th Street – 30th Floor
New York, New York 10017
(212) 509-3900 (P)
(212) 509-7239 (F)
*Attorneys for Plaintiffs*

2493829.1